SAMUEL S. BAER, Respondent, *v.* DURHAM DUPLEX RAZOR COMPANY, Appellant.

(Argued June 5, 1930; decided July 8, 1930.)

*Terence J. McManus* and *Lester D. Melzer* for appellant.
*Joseph Fischer* and *Louis J. Vorhaus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.